FILED
2008 JUL 23 PM 3:45

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

'08 CR 2416 — JLS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| RICARDO GONZALEZ-NAVAREZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about May 30, 2008, within the Southern District of California, defendant RICARDO GONZALEZ-NAVAREZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

MIP:nlv(1):San Diego
7/23/08

1 | It is further alleged that defendant RICARDO GONZALEZ-NAVAREZ was removed from the United States subsequent to September 22, 2006.

DATED: July 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MICHELLE M. PETTIT
Assistant U.S. Attorney